**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


IN THE INTEREST OF: N.A., A MINOR : No. 236 EAL 2015
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
PETITION OF: DEPARTMENT OF :
HUMAN SERVICES (DHS) :


IN THE INTEREST OF: M.A., A MINOR : No. 237 EAL 2015
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
PETITION OF: DEPARTMENT OF :
HUMAN SERVICES (DHS) :


## <u>ORDER</u>


**PER CURIAM**

   **AND NOW**, this 18th day of June, 2015, the Applications for Leave to File
Post-Submission Communication are **GRANTED**, and the Petitions for Allowance of
Appeal are **DENIED**.